

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2014

No. 04-12-00623-CV

**TEAL TRADING AND DEVELOPMENT, LP,**
Appellant

v.

**CHAMPEE SPRINGS RANCHES PROPERTY OWNERS ASSOCIATION**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 06-500A
Honorable Michael Peden, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

A majority of the en banc court denies Champee Springs's motion for en banc reconsideration. *See* TEX. R. APP. P. 41.2, 49.7.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2014.

_____
Keith E. Hottle
Clerk of Court